IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Naugle, Dianne

Printed: 01/22/09

Case Number: 04 B 41607
Judge: Squires, John H
Filed: 11/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: February 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,375.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 17,433.61 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,180.20 |
| Trustee Fee: |  | 1,067.01 |
| Other Funds: |  | 694.18 |
| Totals: | 21,375.00 | 21,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,180.20 | 2,180.20 |
| 2. | Bank One | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 498.36 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 1,251.16 | 1,251.16 |
| 5. | ECast Settlement Corp | Unsecured | 834.80 | 834.80 |
| 6. | Municipal Collection Services | Unsecured | 1,054.61 | 1,054.61 |
| 7. | ECast Settlement Corp | Unsecured | 12,428.85 | 12,428.85 |
| 8. | Bank One | Unsecured | 1,864.19 | 1,864.19 |
| 9. | Illinois Dept of Revenue | Unsecured | 95.37 | 0.00 |
| 10. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 11. | Village of Forest Park | Unsecured |  | No Claim Filed |
| 12. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,207.54 | $ 19,613.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 39.45 |
| 4% | 28.75 |
| 3% | 76.85 |
| 5.5% | 227.51 |
| 5% | 69.43 |
| 4.8% | 132.60 |
| 5.4% | 476.85 |
| 6.6% | 15.57 |
|  | $ 1,067.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Naugle, Dianne | Case Number:  04 B 41607 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  11/9/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

            Marilyn O. Marshall, Trustee, by:

